# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 4:92CR11 HEA |
| ) | |
| TIMOTHY ALPHONSO JONES, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Appointment of Counsel [Doc. No. 13].  The motion will be denied without prejudice at this time.

The court has fully reviewed the record and as of the date of this order there is no matter pending which requires an attorney. When Defendant files an appropriate motion the court will revisit the motion for appointment of counsel upon request of movant.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Appointment of Counsel [Doc. No. 13], is denied without prejudice.

Dated this 27th day of October, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE